# EXHIBIT 1

Digitally signed by United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2023.02.19 02:15:07 -05'00'

# United States of America
## United States Patent and Trademark Office

# 724

**Reg. No. 6,993,960**

**Registered Mar. 07, 2023**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

PARFUM FRANCIS KURKDJIAN (FRANCE SOCIÉTÉ PAR ACTIONS SIMPLIFIÉE (SAS))
41 rue Etienne Marcel
F-75001 PARIS
FRANCE

CLASS 3: Soaps other than for medical use, namely, non-medicated soaps; perfumery, perfumes; essential oils, cosmetics, hair lotions, deodorant for personal use, namely, perfumery, dentifrices; air fragrancing preparations, scented toilet waters, namely, scented water for linen and scented water for the hair in the nature of hair fragrance preparations, lavender water, eaux de toilette, flower extracts being perfumes, bases for flower perfumes being perfumed extracts for perfumes, perfume oils, essential oils for perfumery, amber, namely, perfumery, musk, namely, perfumery, scented woods, perfumed incense and potpourris, bleaching preparations for laundry use, laundry detergents; cleaning, polishing, degreasing and abrasive preparations for household purposes, products for perfuming linen being sachets for perfuming linen, scented linen waters, and scented linen sprays

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 09-17-2021 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1660975 DATED 01-28-2022, EXPIRES 01-28-2032

SER. NO. 79-340,267, FILED 01-28-2022



Katherine Kelly Vidal

**Director of the United States Patent and Trademark Office**



# United States of America
## United States Patent and Trademark Office

MAISON FRANCIS KURKDJIAN GENTLE FLUIDITY

**Reg. No. 5,766,367**

**Registered Jun. 04, 2019**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

PARFUM FRANCIS KURKDJIAN  (FRANCE SOCIÉTÉ PAR ACTIONS SIMPLIFIÉE (SAS))
41 Rue Etienne Marcel
F-75001 Paris
FRANCE

CLASS 3: Non-medicated soaps; perfumery products, namely, cologne, eau-de-cologne, fragrances; perfumes; essential oils; hair lotions; perfumed deodorants for personal use in the nature of perfumery; dentifrices; room fragrances; perfumed substances for indoor perfume dispensers, namely, room fragrance refills for non-electric room fragrance dispensers; scented linen water; lavender waters; eaux de toilette; extracts of flowers being perfumes; bases for flower perfumes, namely, essential oils and flower extracts, oils for perfumes and scents; oils as fragrances for the home; oils for perfumes and scents; air freshening products; perfumes, namely, amber; perfumes, namely, musk; perfumes, namely, patchouli; scented wood; pot-pourri and perfumed incense; bleaching preparations and other substances for laundry use, namely, laundry bleaching and laundry soap, laundry starch, fabric softeners; laundry detergents; cleaning, polishing, degreasing and abrasive preparations for household purposes; bubble bath, namely, perfumed soap bubbles; sachets for perfuming linen

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 11-13-2017 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1411486 DATED 04-27-2018, EXPIRES 04-27-2028

No claim is made to the exclusive right to use the following apart from the mark as shown: "MAISON"

The English translation of the word "MAISON" in the mark is "HOUSE".

The name(s), portrait(s), and/or signature(s) shown in the mark identifies "Francis Kurkdjian", whose consent(s) to register is made of record.

SER. NO. 79-236,043, FILED 04-27-2018

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,754,041**

**Registered May 21, 2019**

**Int. Cl.: 3, 4**

**Trademark**

**Principal Register**

PARFUM FRANCIS KURKDJIAN  (FRANCE Société par actions simplifiée )
41 Rue Etienne Marcel
F-75001 Paris
FRANCE

CLASS 3: Non-medicated soaps; perfumery products, namely, cologne, eau-de-cologne, perfume, fragrances; perfumes; essential oils; cosmetics; hair lotions; perfumed deodorants for personal use; dentifrices; room fragrances; perfumed substances for indoor perfume dispensers, namely, fragrances; scented linen water; lavender waters; eaux de toilette; extracts of flowers being perfumes; bases for flower perfumes, namely, essential oils and flower extracts, oils for perfumes and scents; oils as fragrances for the home; oils for perfumes and scents; air freshening products; perfumes, namely, amber; perfumes, namely, musk; perfumes, namely, patchouli; scented wood; pot-pourri and perfumed incense; bleaching preparations and other substances for laundry use, namely, laundry bleaching and laundry soap, laundry starch, fabric softeners; laundry detergents; cleaning, polishing, degreasing and abrasive preparations for household purposes; bubble bath, namely, perfumed soap bubbles; sachets for perfuming linen

CLASS 4: Candles and wicks for lighting, perfumed candles

The mark consists of a stylized "FK" and a mirror image of the "FK".

OWNER OF INTERNATIONAL REGISTRATION 1417298 DATED 04-06-2018, EXPIRES 04-06-2028

SER. NO. 79-238,478, FILED 04-06-2018



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# OUD SATIN MOOD

**Reg. No. 7,166,355**

**Registered Sep. 19, 2023**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

PARFUM FRANCIS KURKDJIAN (FRANCE Société par actions simplifiée )
41 rue Etienne Marcel
F-75001 PARIS
FRANCE

CLASS 3: Non-medicated cosmetic soaps, perfumery, perfumes, essential oils, cosmetics, with the exception of cosmetics for the hair and scalp; hair lotions, namely, scented hair mists; deodorants for personal use, namely, perfumery, dentifrices; air fragrancing preparations, scented linen waters and scented toilet water for the hair, lavender water, eaux de toilette, flower extracts, being perfumes, bases for flower perfumes, being perfumed extracts for perfumes, perfumed oils, oils for perfumery, Amber, namely perfumery, musk, namely perfumery, scented woods, perfumed incense and potpourris, bleaching preparations for laundry use, laundry detergents, cleaning, polishing, degreasing and abrasive preparations, products for perfuming linen being sachets for perfuming linen, scented linen waters, and scented linen sprays

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1636203 DATED 10-29-2021, EXPIRES 10-29-2031

No claim is made to the exclusive right to use the following apart from the mark as shown: "OUD"

SER. NO. 79-329,851, FILED 10-29-2021





Katherine Kelly Vidal

**Director of the United States
Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office

# LUMIERE NOIRE

**Reg. No. 8,163,991**

**Registered Mar. 10, 2026**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

PARFUM FRANCIS KURKDJIAN  (FRANCE)
35 boulevard des Capucines
75002 PARIS
FRANCE

CLASS 3: Soaps for cosmetic use; perfumery; perfumes; essential oils; cosmetics; lotions for hair; deodorant for personal use namely perfumery; dentifrices; indoor fragrances; perfumed substances for indoor fragrance diffusers, namely, fragrances and essential oils for indoor fragrance diffusers; scented waters, namely, scented water for linen and scented water for the hair; lavender waters; eaux de toilette; flower extracts being perfumery; extracts of flowers being natural perfumery; aromatic oils as fragrances for the home; oils for perfumes and scents; air fragrances; amber being perfumery; musk being perfumery; patchouli being perfumery; scented wood; potpourri and perfumed incense; bleaching preparations and other substances for laundry use, namely, fabric softeners and laundry detergents for laundry use; laundry detergents; cleaning, polishing, household degreasing and abrasive preparations; scented linen sprays and sachets for perfuming linen; air fragrance reed diffusers

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 03-22-2024 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1836164 DATED 09-11-2024, EXPIRES 09-11-2034

The English translation of the wording "LUMIERE NOIRE" in the mark is "black light".

SER. NO. 79-415,801, FILED 09-11-2024





DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE

# United States of America
## United States Patent and Trademark Office

# FRANCIS KURKDJIAN

**Reg. No. 5,682,612**

**Registered Feb. 26, 2019**

**Int. Cl.: 14, 16, 21, 25**

**Trademark**

**Principal Register**

PARFUM FRANCIS KURKDJIAN (FRANCE SOCIÉTÉ PAR ACTIONS SIMPLIFIÉE (SAS))
41 Rue Etienne Marcel
F-75001 Paris
FRANCE

CLASS 14: Jewellery and precious stones; timepieces and chronometric instruments; bracelets; necklaces; rings; earrings; brooches; fancy key-rings

CLASS 16: Paper, cardboard, scented paper, scented bookmarks, scented cupboard-lining paper, incense in the nature of paper incense

CLASS 21: Perfume vaporizers sold empty, perfume sprayers sold empty, perfume dispensers sold empty, perfume burners

CLASS 25: Clothing, namely, coats, pants, shirts, dresses, jackets; footwear, except orthopaedic footwear; headgear, being headwear, namely, hats, caps

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 0985322 DATED 10-17-2008, EXPIRES 10-17-2028

The name(s), portrait(s), and/or signature(s) shown in the mark identifies "Francis Kurkdjian", whose consent(s) to register is made of record.

SER. NO. 79-227,527, FILED 12-11-2017



Director of the United States
Patent and Trademark Office

# United States of America

### United States Patent and Trademark Office

# ROUGE 540

**Reg. No. 7,699,616**

**Registered Feb. 25, 2025**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

PARFUM FRANCIS KURKDJIAN (FRANCE SOCIÉTÉ PAR ACTIONS SIMPLIFIÉE (SAS))
41 rue Etienne Marcel
F-75001 PARIS
FRANCE

CLASS 3: Perfumes; eau de toilette; eau de parfum; eau de Cologne; perfumery products, namely, perfumery, fragrances and colognes; cosmetics; soaps for non-medical use; bath and shower gels and salts for cosmetic use; cosmetics for skin, body, face, hair, hand and nail care; face, body, hair and hand creams, milks, lotions, gels, mists, oils and powders for cosmetic use; make-up preparations; body deodorants for personal use, namely, perfumery; extracts of flowers used as perfumes; air fragrances; indoor fragrances; perfumed substances for indoor perfume dispensers, namely, air fragrancing preparations; bleaching preparations for laundry use; laundry detergents; fabric softener; products for perfuming linen, namely, sachets for perfuming linen, waters for perfuming linen and sprays for perfuming linen; essential oils; scented wood; pot-pourri and perfumed incense; oils for perfumes; bases for flower perfumes, namely, perfumed extracts for perfumes; perfumed oils; hair shampoo, hair lotions; shaving products, namely, shaving creams, shaving balms, shaving lotions, shaving gels; after-shave products, namely, after-shave creams, after-shave balms, after-shave lotions, after-shave gels; cosmetic skin-tanning preparations

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 03-30-2022 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1701243 DATED 09-28-2022, EXPIRES 09-28-2032

No claim is made to the exclusive right to use the following apart from the mark as shown: "ROUGE"

SER. NO. 79-357,506, FILED 09-28-2022



Acting Director of the United States Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# MAISON FRANCIS KURKDJIAN

**Reg. No. 7,470,540**

**Registered Aug. 13, 2024**

**Int. Cl.: 3, 4**

**Trademark**

**Principal Register**

PARFUM FRANCIS KURKDJIAN  (FRANCE SOCIÉTÉ PAR ACTIONS SIMPLIFIÉE (SAS))
41 rue Etienne Marcel
F-75001 Paris
FRANCE

CLASS 3: Soaps, namely, cosmetic soaps; perfumery products, namely, perfumery fragrances and colognes; perfumes; essential oils; cosmetics; hair lotions; deodorants for personal use being perfumery; dentifrices; air fresheners, namely, air fragrancing preparations; perfumed substances for indoor perfume dispensers, namely, air fragrancing preparations; scented waters, namely scented water for linen and scented water for the hair; lavender water; toilet water; extracts of flowers being perfumes; bases for flower perfumes being perfumed extracts for perfumes; oils as fragrances for the home; essential oils for perfumery; air freshening products, namely, air fragrancing preparations; amber being perfumery, musk being perfumery, patchouli being perfumery; scented wood; potpourris and perfumed incense; bleaching preparations and other substances, namely fabric softeners and laundry detergents all for laundry use; bleaching preparations, cleaning, polishing, scouring and abrasive preparations for household purposes; perfumed soap bubbles, namely, bubble bath; products for perfuming linen, namely, sachets for perfuming linen and scented linen sprays

CLASS 4: Candles and wicks for candles for lighting; perfumed candles

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1542520 DATED 06-10-2020, EXPIRES 06-10-2030

No claim is made to the exclusive right to use the following apart from the mark as shown: "MAISON"

The English translation of MAISON in the mark is HOUSE.

The name(s), portrait(s), and/or signature(s) shown in the mark identifies FRANCIS KURKDJIAN, whose consent(s) to register is made of record.

SER. NO. 79-387,463, FILED 12-22-2023





Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# GRAND SOIR

**Reg. No. 8,122,582**

**Registered Feb. 03, 2026**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

PARFUM FRANCIS KURKDJIAN  (FRANCE SOCIÉTÉ PAR ACTIONS SIMPLIFIÉE (SAS))
41 rue Étienne Marcel
F-75001 Paris
FRANCE

CLASS 3: Non-medicated soaps; perfumery products, namely, perfumery; perfumes; essential oils; cosmetics; hair lotions; deodorant for personal use; perfumery; dentifrices; room fragrances; perfumed substances for room fragrance dispensers; scented waters and lavender waters being room fragrancing preparations; eaux de toilette; extracts of flowers being perfumes, namely, oils as perfumes for the home, oils for perfumes and scents, and air-fragrancing preparations; amber being perfume; musk being perfume; patchouli being perfume; scented wood, perfumed potpourris and incense; bleaching preparations for laundry use; laundry detergent; cleaning, polishing, scouring and abrasive preparations; products for perfuming linen being sachets for perfuming linen, scented linen water, and scented linen sprays; cosmetics for skin, body and face care; creams, milks, lotions, gels and powders for the face, body and hands for cosmetic use; serum, lotions, masks, cleansers, exfoliating products for cosmetic use; hand and nail cream for cosmetic use; shampoos for cosmetic use; hair lotions for cosmetic use

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 08-01-2024 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1840858 DATED 12-09-2024, EXPIRES 12-09-2034

The English translation of "GRAND SOIR" is "BIG NIGHT".

SER. NO. 79-417,788, FILED 12-09-2024





DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE

Digitally Signed By: United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.07.17 02:07:12 -04'00'

# United States of America
## United States Patent and Trademark Office

# AQUA UNIVERSALIS

**Reg. No. 6,805,604**

**Registered Aug. 02, 2022**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

PARFUM FRANCIS KURKDJIAN (FRANCE Société par actions simplifiée )
41 rue Etienne Marcel
F-75001 PARIS
FRANCE

CLASS 3: Non-medicated soaps, perfumery, perfumes, essential oils, cosmetics, hair lotions, deodorant for personal use, namely, perfumery, dentifrices; air fragrancing preparations, scented linen waters and scented water for the hair in the nature of hair fragrance preparations, lavender water, eaux de toilette, flower extracts being perfumes, bases for flower perfumes being perfumed extracts for perfumes, perfume oils, essential oils for perfumery, amber, namely, perfumery, musk, namely, perfumery, scented woods, perfumed incense and potpourris, bleaching preparations for laundry use, laundry detergents; cleaning, polishing, degreasing and abrasive preparations for household purposes, products for perfuming linen being sachets for perfuming linen, scented linen waters, and scented linen sprays

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1600577 DATED 04-20-2021, EXPIRES 04-20-2031

SER. NO. 79-314,958, FILED 04-20-2021



*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



# United States of America

## United States Patent and Trademark Office

# OUD SILK MOOD

**Reg. No. 7,166,354**

**Registered Sep. 19, 2023**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

PARFUM FRANCIS KURKDJIAN  (FRANCE Société par actions simplifiée )
41 rue Etienne Marcel
F-75001 PARIS
FRANCE

CLASS 3: Non-medicated cosmetic soaps, perfumery, perfumes, essential oils, cosmetics, with the exception of cosmetics for the hair and scalp; hair lotions, namely, scented hair mists; deodorants for personal use, namely, perfumery, dentifrices; air fragrancing preparations, scented linen waters and scented toilet water for the hair, lavender water, eaux de toilette, flower extracts, being perfumes, bases for flower perfumes, being perfumed extracts for perfumes, perfumed oils, oils for perfumery, Amber, namely perfumery, musk, namely perfumery, scented woods, perfumed incense and potpourris, bleaching preparations for laundry use, laundry detergents, cleaning, polishing, degreasing and abrasive preparations, products for perfuming linen being sachets for perfuming linen, scented linen waters, and scented linen sprays

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1636202 DATED 10-29-2021, EXPIRES 10-29-2031

No claim is made to the exclusive right to use the following apart from the mark as shown: "OUD SILK"

SER. NO. 79-329,850, FILED 10-29-2021



Katherine Kelly Vidal

**Director of the United States
Patent and Trademark Office**

